

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00301-CV

Armando **MONTELONGO**, Jr., Real Estate Training International, LLC, Performance
Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The
appellee's brief is due on or before August 14, 2019.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court